UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHERIMA BELL et al.,<br><br>Defendants. | Criminal No. JKB-16-485 |

# [PROPOSED] ORDER

For the reasons stated in defendant Erica Cook's Emergency Motion for Immediate Transfer to Home Confinement, it is hereby **ORDERED** that:

1. Ms. Cook is to be immediately released from Volunteers of America;

2. Ms. Cook is to be immediately transferred to home confinement to serve the remainder of her sentence; and

3. Ms. Cooks is to reside at a residence approved by the U.S. Probation Office.

SO ORDERED this 20th day of March, 2020.

                                                      /s/ Richard D. Bennett
                                                     Honorable James K. Bredar
                                                     Chief United States District Judge

Copies to:
Brian Stekloff
Aleshadye Getachew
Hayter Whitman
WILKINSON WALSH LLP
2001 M Street NW, 10th Floor
Washington, DC

Leo J. Wise
Robert R. Harding
Assistant United States Attorneys
36 South Charles Street
Baltimore, Maryland